IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADAMS EMS, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-18-1443 |
| § | |
| ALEX M. AZAR II, SECRETARY, § | |
| UNITED STATES DEPARTMENT OF § | |
| HEALTH AND HUMAN SERVICES § | |
| § | |
| Defendant. § | |

**ORDER**

On October 23, 2018, the court preliminarily enjoined the defendant, Alex M. Azar, II, Secretary of the United States Department of Health and Human Services, "from withholding or offsetting payments . . . from[] Adams EMS, Inc. to recoup the alleged overpayments in the claim pending an administrative-law-judge hearing." (Docket Entry No. 49). The court waived the bond requirement for Adams. (*Id.*). Under the July 11, 2018, temporary restraining order, the court set a bond at $5,000 in addition to the $35,000 already recouped by the Secretary. (Docket Entries No. 17, 22). Adams has requested that the court release the $5,000. Adams must file a motion to release the funds so that the Secretary may object.

SIGNED on October 25, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge